**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: May 12, 2008

Case No.   C 08-0851  MHP                    Judge: MARILYN H. PATEL

Title: DAN DEMETRIUS -v- AMERICAN AIRLINES INC

Attorneys:  Plf: James Grant
            Dft: L. Julius Turman

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of jurisdictional requirements; Minimal discovery allowed prior to mediation; 1 deposition per side prior to mediation; Interrogatories 10/side; Document requests should be handled by meet and confer;

Mediation to be completed by end of August, 2008;

Further status conference set for 9/22/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior.