ROBERT JON HENDRICKS (State Bar No. 179751)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty Second Floor
Los Angeles, CA 90071
Phone: 213.612.2500
Fax: 213.612.2501

L. JULIUS M. TURMAN (State Bar No. 226126)
BARBARA I. ANTONUCCI (State Bar No. 209039)
MEGAN BARRY BOROVICKA (State Bar No. 241205)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant
AMERICAN AIRLINES, INC.

KATHLEEN McCORMAC (State Bar No. 159012)
JAMES R. GRANT (State Bar No. 254885)
McCORMAC & ASSOCIATES
555 Montgomery Street, Suite 1200
San Francisco, CA 94111
Phone: 415.339.1722
Fax: 415.399.1733

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEMETRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | Case No. 08-00851 MHP<br><br>**STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Complaint Filed:  December 20, 2007<br>Trial Date:             TBD |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/20843753.1

Case No. Case No. 08-00851MHP

STIPULATION TO REMAND CASE TO STATE COURT

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, and subject to the approval of this Court, as follows:

WHEREAS, on February 7, 2008, Defendant American Airlines, Inc. ("American") removed this case from the Superior Court of California, San Francisco County to the United States District Court, Northern District of California on the basis of diversity jurisdiction. American's removal was premised on the ground that complete diversity pursuant to 28 U.S.C. Section 1332 existed between Plaintiff Dan Demetris ("Plaintiff") and American, as Plaintiff is a citizen of California and American is incorporated in Delaware and has its principal place of business in Texas.

WHEREAS, on September 15, 2008, the Parties attended mediation before mediator Vivian B. Williamsen. They determined that this Court does not have original jurisdiction over this matter pursuant to 28 U.S.C. Section 1332 because although diversity of citizenship exists between Plaintiff and American, Plaintiff's lost wages do not exceed seventy-five thousand dollars ($75,000), exclusive of interest and costs.

WHEREAS, because issues exist regarding jurisdiction of this matter, the Parties have agreed to stipulate that the matter be remanded to the Superior Court of California, San Mateo County. The Parties, through their undersigned respective counsel, request that the Court Order the matter remanded to the Superior Court of California, San Mateo County.

1  Dated: September 22, 2008    By: /s/ _____
2                                  L. Julius M. Turman
                                   Barbara L. Antonucci
3                                  Megan Barry Borovicka
                                   MORGAN, LEWIS & BOCKIUS LLP
4                                  Attorneys for Defendant
                                   American Airlines, Inc.
5
6
7  Dated: September 22, 2008    By: /s/ _____
                                   Kathleen McCormac
8                                  James R. Grant
                                   McCORMAC & ASSOCIATES
9                                  Attorneys for Plaintiff
                                   Dan Demetris
10

## ORDER

Pursuant to this Stipulation, it is ORDERED:

This action is remanded to the Superior Court of California, San Mateo County. The Clerk of this Court shall transmit forthwith a certified copy of this order and the file to the Superior Court.

Dated: 9/22/2008



Hon. Marilyn H. Patel
U.S. District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel