1  KATHLEEN McCORMAC, State Bar No. 159012
   McCORMAC & ASSOCIATES
2  555 Montgomery Street, Suite 1200
   San Francisco, CA 94111
3  Tel: 415.339.1722
   Fax: 415.399.1733
4
   Attorneys for Plaintiff
5  DAN DEMETRIS

6  ROBERT JON HENDRICKS, State Bar No. 179751
   MORGAN, LEWIS & BOCKIUS LLP
7  300 South Grand Avenue
   Twenty Second Floor
8  Los Angeles, CA 90071-3132
   Tel: 213.612.2500
9  Fax: 213.612.2501

10 L. JULIUS M. TURMAN, State Bar No. 226126
   BARBARA I. ANTONUCCI, State Bar No. 209039
11 MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
12 San Francisco, CA 94105-1126
   Tel: 415.442.1000
13 Fax: 415.442.1001

14 Attorneys for Defendant
   AMERICAN AIRLINES, INC.
15

16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18

19 | DAN DEMETRIS,                  | Case No. C 08-00851 MHP
20 |        Plaintiff,              | **AMENDED STIPULATION TO REMAND CASE TO STATE COURT**
21 |   v.                           | Complaint Filed: December 20, 2007
22 | AMERICAN AIRLINES, INC.        | Trial Date: TBD
23 |        Defendant               |

24
25
26
27
28                                                              Case No. C 06-00851 MHP

AMENDED STIPULATION TO REMAND CASE TO STATE COURT

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, and subject to the approval of this Court, as follows:

WHEREAS, on September 22, 2008 the Parties filed a Stipulation to Remand Case to State Court, with a proposed Order for the Court. The Stipulation was Ordered by the Court on the same day. The Stipulation and Order erroneously stated that this action be remanded to the Superior Court of California, *County of Mateo*. Plaintiff Dan Demetris' ("Plaintiff") original action, however, was filed in Superior Court of California, *County of San Francisco*. The Parties recognize that Plaintiff's action cannot be remanded to San Mateo County because no case is on file in that Court and the case must be remanded to Superior Court of California, County of San Francisco. Due to this oversight, the Parties submit this Amended Stipulation to Remand Case to State Court, County of San Francisco. Upon remand, Defendant will move to transfer the venue of the matter to San Mateo County. The parties will continue to meet and confer regarding the proper venue, including the discussion of the location of parties and witnesses, as well as whether there has been consent to San Mateo County.

WHEREAS, on February 7, 2008, Defendant American Airlines, Inc. ("American") removed this case from the Superior Court of California, San Francisco County to the United States District Court, Northern District of California on the basis of diversity jurisdiction. American's removal was premised on the ground that complete diversity pursuant to 28 U.S.C. Section 1332 existed between Plaintiff and American, as Plaintiff is a citizen of California and American is incorporated in Delaware and has its principal place of business in Texas.

WHEREAS, on September 15, 2008, the Parties attended mediation before mediator Vivian B. Williamsen. They determined that this Court does not have original jurisdiction over this matter pursuant to 28 U.S.C. Section 1332 because although diversity of citizenship exists between Plaintiff and American, Plaintiff's lost wages do not exceed seventy-five thousand dollars ($75,000), exclusive of interest and costs.

WHEREAS, because issues exist regarding jurisdiction of this matter, the Parties have agreed to stipulate that the matter be remanded to the Superior Court of California, San Francisco

2     Case No. C 06-00851 MHP

AMENDED STIPULATION TO REMAND CASE TO STATE COURT

1  County. The Parties, through their undersigned respective counsel, request that the Court Order
2  the matter remanded to the Superior Court of California, San Francisco County.

3  Dated: September 30, 2008          By: _____
4                                          L. Julius M. Turman
5                                          Barbara I. Antonucci
                                            Megan Barry Borovicka
6                                          MORGAN, LEWIS & BOCKIUS LLP
                                            Attorneys for Defendant
7                                          American Airlines, Inc.

8

9

10

11  Dated: September 30, 2008          By: _____
                                            Kathleen McCormac
12                                          James R. Grant
                                            McCORMAC & ASSOCIATES
13                                          Attorneys for Plaintiff
                                            Dan Demetris
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to this Stipulation, it is ORDERED:

This action is remanded to the Superior Court of California, San Francisco County. The Clerk of this Court shall transmit forthwith a certified copy of this order and the file to the Superior Court.

Dated: 10/1/2008

_____
IT IS SO ORDERED
Judge Marilyn H. Patel

4

Case No. C 06-00851 MHP

AMENDED STIPULATION TO REMAND CASE TO STATE COURT